PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA E. GARCIA,<br><br>          Plaintiff,<br><br>   v.<br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>          Defendant. | Case No.: 1:20-cv-01366-SKO<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 29, 2021 | | */s/ Jared T. Walker\** <br>(*as authorized via e-mail on 6/29/21) <br>JARED T. WALKER <br>Attorney for Plaintiff |
| Dated: June 29, 2021 | | PHILLIP A. TALBERT <br>Acting United States Attorney <br>DEBORAH LEE STACHEL <br>Acting Regional Chief Counsel, Region IX <br>Social Security Administration |
| | By: | */s/ Marcelo Illarmo* <br>MARCELO ILLARMO <br>Special Assistant United States Attorney |
| | | Attorneys for Defendant |

## ORDER

Based upon the parties' above Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Georgina E. Garcia and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **July 1, 2021**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE