Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
GEORGINA E. GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA E. GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No.: 1:20-cv-01366-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412<br><br>(Doc. 18) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees, expenses, and costs in the above-entitled action in the amount of $1,799.29, which total amount the parties stipulate consists of $1,377.99 in fees and $21.30 in expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), together with $400.00 in costs as authorized by 28 U.S.C. §§ 1920, 2412(a). This amount represents compensation for all legal services and expenses incurred on behalf of Plaintiff by counsel in connection with this civil action.

Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be made directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by Plaintiff.  Any payments made to Plaintiff will be delivered to JARED T. WALKER.

This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA or otherwise. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's attorney, including LAW OFFICE OF JARED T. WALKER, P.C., may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  September 27, 2021              Respectfully submitted,

/s/ *Jared Walker*
JARED T. WALKER,
Attorney for Plaintiff

SO STIPULATED:

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Marcelo N. Illarmo*
MARCELO N. ILLARMO
(*authorized by e-mail on 9/28/2021*)
Special Assistant United States Attorney
Attorneys for Defendant

# ORDER

Based upon the parties' foregoing Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA) (Doc. 18),

IT IS ORDERED that Plaintiff is awarded $1,799.29 (consisting of 1,377.99 in fees and $21.30 in expenses) under 28 U.S.C. § 2412(d), and $400.00 in costs as authorized by 28 U.S.C. §§ 1920, 2412(a), for a total amount of $1,799.29 awarded to Plaintiff pursuant to this Order, inclusive of all amounts claimed, subject to and in accordance with the terms of the parties' foregoing Stipulation.

IT IS SO ORDERED.

Dated:   **September 30, 2021**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR
AWARD UNDER EQUAL ACCESS TO JUSTICE ACT